# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **GEARY JUAN JOHNSON,** | )<br>) |
| Plaintiff, | ) Case No. CV 16-3236 JLS (AJW)<br>) |
| v. | )<br>) |
| **HI POINTS APTS, LLC, et al.,** | ) **ORDER ACCEPTING REPORT**<br>) **AND RECOMMENDATION OF** |
| Defendants. | ) **MAGISTRATE JUDGE**<br>) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report. Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: November 20, 2017

_____
Josephine L. Staton
United States District Judge