UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **GEARY JUAN JOHNSON,** | |
|        **Plaintiff,** | No. CV 16-3236 JLS (AJW) |
|        v. | **JUDGMENT** |
| **HI POINT APTS, LLC, et al.,** | |
|        **Defendants.** | |

It is hereby adjudged that plaintiff's federal claims against all defendants except Walter Barratt and Cliff Renfrew are dismissed with prejudice, plaintiff's state law claims are dismissed without prejudice, and the action is dismissed without prejudice as to defendants Barratt and Renfrew.

Dated: November 20, 2017

_____
Josephine L. Staton
United States District Judge